DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTHA RODRIGUEZ,**
Appellant,

v.

**AMERICAN HOME MORTGAGE SERVICING,**
Appellee.

No. 4D18-797

[November 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 08045221.

Martha Rodriguez, Pembroke Pines, pro se.

Heidi J. Bassett of Bassett Law Firm, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***